UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMY LYNN BRANT,

        Plaintiff,

    v.

CHIME FINANCIAL, INC., et al.,

        Defendants.

Case No.  26-cv-01619-AMO

**ORDER GRANTING STIPULATION TO STAY ACTION PENDING ARBITRATION**

Re: Dkt. No. 22

The parties agree to submit Plaintiff's claims against Defendants to binding arbitration. They stipulate to stay this matter pending the conclusion of the arbitration.  The Court **GRANTS** the parties' stipulation and **STAYS** the case.

Given the procedural posture, the Court **ORDERS** that the instant case is **CLOSED** for statistical purposes only.  Nothing contained in this order shall be construed as a dismissal or disposition of the action, and should further proceedings become necessary herein, any party may initiate them in the same manner as if this Order had not been entered.  Within 30 days of the resolution of the arbitration, the parties shall contact this Court and advise whether the case should be terminated and/or other actions which should be taken.

    **IT IS SO ORDERED.**

Dated: May 26, 2026

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

United States District Court
Northern District of California